# Lee Litigation Group, PLLC
148 W. 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

DIRECT: 212-465-1188
cklee@leelitigation.com

June 21, 2019

**VIA ECF**
The Honorable David E. Jones, U.S.M.J.
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202

Re: *WEST v. THE MUSE GALLERY GUESTHOUSE, LLC*
Case No. 2:19-cv-626-DEJ

Dear Judge Jones:

We are counsel to Plaintiff in the above-referenced matter. We write to inform the Court that the parties have reached a settlement in principle and intend to file a Notice of Dismissal in thirty (30) days.

In view of the resolution, we respectfully request the Court adjourn all pending dates and deadlines, *sine die*.

We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*

C.K. Lee, Esq.

cc: all parties via ECF