UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARY WEST, *on behalf of herself and all others similarly situated,*

    Plaintiff,

-against-

THE MUSE GALLERY GUESTHOUSE, LLC,

    Defendant.

Case No.: 2:19-cv-626-DEJ

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, MARY WEST, are hereby dismissed with prejudice, in their entirety, as against Defendants, THE MUSE GALLERY GUESTHOUSE, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 9, 2019
      New York, New York

Lee Litigation Group, PLLC
148 W. 24th Street, Eighth Floor
New York, NY 10011
Phone: (212) 465-1188

    */s/ C.K. Lee*
C.K. Lee, Esq. (CL 4086)

SO ORDERED:

_____
U.S.D.J.

# CERTIFICATE OF SERVICE

       I, C.K. Lee, hereby certify that on July 5, 2019, a true and correct copy of this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and by first-class mail to all nonregistered participants, if any.

/s/ C.K. Lee  
C.K. Lee, Esq.
